E. FOUGERA & CO., INC. v. UNITED STATES

No. 7463.—Invoice dated London, England, May 24, 1946.
Certified May 27, 1946.
Entered at New York, N. Y., June 7, 1946.
Entry No. 766801.

(Decided December 4, 1947)

Lane, Young & Fox for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). United States v. Wm. S. Pitcairn Corp., 33 C. C. P. A. 183, C. A. D. 334.

The agreed set of facts, embodied in the stipulation of submission, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)) is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importer on entry because of advances in similar cases.

FREDK. LOESER & CO., INC., GLOBE SHIPPING CO., INC. v. UNITED STATES

No. 7464.—Invoices dated Hanley, England, January 1945, etc.
Certified January 1945, etc.
Entered at New York, N. Y., February 15, 1945, etc.
Entry No. 721557, etc.

(Decided December 4, 1947)

Siegel, Mandell & Davidson for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

JOHNSON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.